H. Ty Kharazi, Esq.; SBN 187894
Nancy D. Klepac, SBN 253896
**YARRA, KHARAZI & ASSOCIATES**
1250 Fulton Mall, Suite 202
Fresno, CA 93721
Tel: (559) 441-1214
Fax: (559) 441-1215

Attorney for Defendant,
MICHAEL RAMOS

# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:08-CR-00435-AWI |
| Plaintiff, | |
| vs. | **STIPULATION TO MODIFY CONDITIONS OF RELEASE AND ORDER THEREON** |
| MICHAEL RAMOS, | |
| Defendant. | |

**TO THE HONORABLE GARY S. AUSTIN:**

IT IS HEREBY stipulated by the parties that the conditions of release of Defendant, MICHAEL RAMOS, be modified as follows:

1. Whereas the former court order required that Defendant only to be released on a $40,000 property bond;

2. Whereas the property that is to be used for this purpose does not fully appraise to the required value.

The parties hereby agree that:

The court may exercise its discretion and release the Defendant on a combination of $40,000.00 cash and property bond in any appropriate proportion.

1

**STIPULATION REGARDING MODIFICATION OF PRE-TRIAL DETENTION ORDER**

A real property to be used as a collateral to the maximum extent of the appraised property value pursuant to satisfactory evidence provided to the Pretrial Services. The parties believe that the current appraised value is $25,000.

The balance of the bond to be secured by cash in the amount of $15,000.

If the property value falls short of the $25,000 estimated net value or exceeds the said estimated amount, Defendant may supplement or reduce the cash collateral as appropriate as a condition of his release. All prior pre-trial orders remain in full force and effect.

IT IS SO STIPULATED.

Date: ___1/8/09_____.        By:     /s/ Karen Escobar_____
                                       KAREN A. ESCOBAR
                                       Assistant United States Attorney

Date: ___1/8/09_____.          By:     /s/ H. Ty Kharazi_____
                                       H. TY KHARAZI,
                                       Attorneys for Defendant
                                       Michael Ramos

**IT IS SO ORDERED THAT:**

Former order issued for the release of Defendant on property bond to be modified as follows:

A real property to be used as a collateral to the maximum extent of the appraised property value pursuant to satisfactory evidence provided to the Pretrial Services in the amount $25,000.

The balance of the bond to be secured by cash in the amount of $15,000. Defendant may supplement or reduce the cash collateral as necessary to arrive at the $40,000 bond amount predicated on the appraised value of the real property that is used as collateral. Defendant may be released upon the said bond being posted.

All prior pre-trial orders remain in full force and effect.

Dated:  January 8, 2009            /s/ Gary S. Austin_____
                                   GARY S. AUSTIN, United States Magistrate Judge

**STIPULATION REGARDING MODIFICATION OF PRE-TRIAL DETENTION ORDER**