**FILED**

FEB 27 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:08-cr-00435-AWI-006 |
| Plaintiff, | |
| vs. | **ORDER EXONERATING CASH BOND** |
| MICHAEL RAMOS, | |
| Defendant. | |

IT IS HEREBY ORDERED that the cash bond posted on January 12, 2009, by Rosalva A. Ramos in the amount of Fifteen Thousand and 00/100 Dollars ($15,000.00), receipt #CAE100005641, for defendant, Michael Ramos, be exonerated.

IT IS SO ORDERED.

DATED: Feb. 27, 2009

SANDRA M. SNYDER,
UNITED STATES MAGISTRATE JUDGE

1