STEVEN L. CRAWFORD #166488
192 North 11th Street
Grover Beach, CA 93433
Tel:805-489-2335
Fax:805-489-2001
slcrawfordlaw@gmail.com

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL RAMOS, ) <br> ) <br> Defendant. ) | No. 1:08 CR 00435 AWI <br><br> ORDER EXONERATING <br> PROPERTY BOND |

IT IS HEREBY ORDERED that the property bond posted on January 23, 2009, Deed of Trust #2009-0001416, in the amount of $25,000 secured by equity in property owned by Rosalva Ramos and Francisco Ramos, for defendant Michael Ramos, be exonerated.

IT IS SO ORDERED.

DATED: 2/24/12

GARY S. AUSTIN,
UNITED STATES MAGISTRATE JUDGE

Page 1