BARBARA HOPE O'NEILL #102968
Attorney at Law
2014 Tulare Street, Suite 510
Fresno, California  93721
Telephone:  (559) 459-0655
Fax:  (559) 459-0656
email: tajfalaw@yahoo.com

Attorney for Michael Ramos

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  08-cr-435 AWI |
| ) | |
| ) | STIPULATION |
| Plaintiff, ) | AND ORDER |
| ) | TO CONTINUE |
| vs. ) | |
| ) | |
| MICHAEL RAMOS, ) | DATE: January 28, 2013 Time: 10:00 a.m. |
| Defendant. ) | Hon:  Anthony W. Ishii |

Barbara Hope O'Neill, the attorney of record for Michael Ramos, requests to continue the date for his sentencing.  The attorney for the government, Karen A. Escobar, has no objection to the request.

The continuance is requested as defense counsel will be in trial in State Court.  When originally set for sentencing on January 28, the date was clear on Counsel's calendar.  Due to a mistrial in State Court, counsel will now be in trial on January 28, 2013.

It is requested that the sentencing date be continued from January 28, 2013 at 10:00 a.m. to February 11, 2013, at 10:00 a.m.  This date is agreeable with Ms. Escobar.

Dated:  January 23, 2013                    Respectfully submitted,


                                         /s/ Barbara Hope O'Neill
                                         Barbara Hope O'Neill
                                         Attorney for Michael Ramos

-1-

Dated:  January 23, 2013  /s/ Karen A. Escobar
Karen A. Escobar
Assistant U.S. Attorney

## ORDER

Upon stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the hearing in this matter presently set for January 28, 2013 is continued until February 11, 2013 at 10:00 a.m. to be heard before the Hon. Anthony W. Ishii.

IT IS SO ORDERED.

Dated:  January 23, 2013  _____
SENIOR  DISTRICT  JUDGE

-2-