BARBARA HOPE O'NEILL #102968
Attorney at Law
2014 Tulare Street, Suite 510
Fresno, California  93721
Telephone:  (559) 459-0655
Fax:  (559) 459-0656
email: tajfalaw@yahoo.com

Attorney for Michael Ramos

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>    Plaintiff,           )<br>                          )<br>                          )<br>    vs.                   )<br>                          )<br> MICHAEL RAMOS,           )<br>    Defendant.            ) | Case No.  08-cr-435 AWI<br><br>STIPULATION AND ORDER<br>TO ADVANCE COURT DATE<br><br><br>DATE: April 1, 2013 Time: 10:00 a.m.<br>Hon:  Anthony W. Ishii |

   Barbara Hope O'Neill, the attorney of record for Michael Ramos, requests to advance his court date.  The attorney for the government, Karen A. Escobar, has no objection to the request.

   The advance of the court date is requested as defense counsel was informed by her client that he would like to have a new attorney appointed to represent him.  His current sentencing date is April 1, 2013.  Instead of waiting until that date to inform the court of this development counsel is seeking to resolve this issue in a timely manner.

   It is requested that the request for new counsel and sentencing date be advanced from April 1, 2013, at 10:00 a.m. to March 18, 2013, at 10:00 am or as soon after as the court can hear the matter.  This date is agreeable with Ms. Escobar.

Dated:  February 28, 2013                         Respectfully submitted,


                                                    /s/ Barbara Hope O'Neill
                                                   Barbara Hope O'Neill
                                                   Attorney for Michael Ramos

-1-

Dated: February 28, 2013        /s/ Karen A. Escobar
                                Karen A. Escobar
                                Assistant U.S. Attorney

ORDER

Upon stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the hearing in this matter presently set for April 1, 2013 is advanced to March 18, 2013 at 10:00 am to be heard before the Hon. Anthony W. Ishii.

IT IS SO ORDERED.

Dated:   March 1, 2013           _____
                                 SENIOR DISTRICT JUDGE