AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California

United States of America  )
v.  )
MICHAEL RAMOS  )

Case No:  1:08CR00435-006

USM No:  64313-097

)
Date of Original Judgment:          03/18/2013   )
Date of Previous Amended Judgment: _____  )   Pro Se
*(Use Date of Last Amended Judgment if Any)*                *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☑ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    03/25/2013    shall remain in effect.
**IT IS SO ORDERED**.

Order Date:        11/12/2015                          /s/ ANTHONY W. ISHII
                                                        *Judge's signature*

Effective Date: _____              Honorable Anthony W. Ishii, U.S. District Judge
                *(if different from order date)*                  *Printed name and title*