PROB 35 (CAE)
(Rev. 5/01)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No: 0972 1:08CR00435-006 |
| | ) | |
| Michael Ramos | ) | |
| | ) | |

On March 18, 2013, the above-named was sentenced to Supervised Release for a period of five years. Supervision commenced on September 13, 2019.

Mr. Ramos has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. The AUSA stated that they have no objections for Early Termination. It is accordingly recommended that Mr. Ramos be discharged from supervision.

**Respectfully submitted,**                    **Reviewed by,**

_____          _____
**Marissa Frazure**                         **Adam Tunison**
**United States Probation Officer Assistant**   **Supervising United States Probation Officer**

**Dated:** October 25, 2023
Bakersfield, California
MF

1

**Re:     Michael Ramos**
        **Docket Number:   0972 1:08CR00435-006**
        <u>**Report and Order Terminating Supervised Release**</u>
        <u>**Prior to Original Expiration Date**</u>

---

# ORDER OF COURT

Pursuant to the above report, it is ordered that Michael Ramos be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:     <u>October 25, 2023</u>                          _____
                                                        UNITED STATES DISTRICT JUDGE

2